UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BANK OF AMERICA, N.A.,

                              Plaintiff,                    22 **CIVIL** 9620 (NRB)

      -against-                              **JUDGMENT**

GREUNER MEDICAL P.C.; GREUNER MEDICAL
OF NJ PC; DGAT MANAGEMENT LIMITED
LIABILITY COMPANY; CENTER FOR SPECIAL
SURGERY OF ESSEX COUNTY, LLC; and DAVID
A. GREUNER,

                             Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 17, 2024, plaintiff's motion for summary judgment as to claims one, two, three, seven, eight, nine, and ten is granted and its remaining claims are dismissed. Accordingly, plaintiff is entitled to a judgment of $8,410,043.19, per diem interest of $1,542.40 since April 18, 2023 to today, and post-judgment interest; accordingly, the case is closed.

**Dated:**  New York, New York
          January 17, 2024

                                                         **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                               BY:

                                                          **Deputy Clerk**